JS-6

Todd F. Nevell, Esq. SBN: 170054
Abaigeal A. Loving, SBN: 312043
SCOLINOS, SHELDON & NEVELL
301 North Lake Avenue, Suite 1000
Pasadena, California 91101
tnevell@ssnlaw.com; aloving@ssnlaw.com
Telephone: (626) 793-3900
Facsimile: (626) 568-0930

Attorneys for Plaintiffs, ERIKA CARAMELLA
and CRAIG CARAMELLA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ERIKA CARAMELLA and CRAIG CARAMELLA,<br><br>   Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1-25, inclusive,<br><br>   Defendants. | CASE NO.: 8:21-cv-1463-DOC-KES<br><br>Assigned to: Judge David O. Carter<br><br>[~~PROPOSED~~] ORDER ALLOWING PLAINTIFFS TO FILE A FIRST-AMENDED COMPLAINT, WITHDRAWING NOTICE OF REMOVAL OF CIVIL ACTION AND REMANDING ACTION BACK TO STATE COURT<br><br>Complaint filed: June 2, 2020 |

TO ALL PARTIES HEREIN, AND THEIR ATTORNEYS OF RECORD:

**ORDER**

Having reviewed the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

(a)  Plaintiffs First-Amended Complaint, a copy of which is filed herewith, is hereby deemed filed and served on Defendant Costco Wholesale Corporation;

(b)  Defendant Costco Wholesale Corporation is not be required to answer the First Amended Complaint, instead, all denials, responses and affirmative defenses contained in the answer filed by defendant to the original complaint shall be responsive to the First-Amended Complaint.

(c)  Defendant, Costco Wholesale Corporation's "Notice of Removal of Action Under 28 U.S.C. § 1441(a) (Diversity)" is hereby deemed withdrawn and this action is remanded back to the Superior Court of California, County of Orange, Case No. 30-2020-01147051-CU-PO-CJC.  The Court further orders that the court file in this case be transferred by the clerk of this Court to the clerk of the State Court, along with a certified copy of this Order of Remand.  The State Court may thereupon proceed with this case.

**SO ORDERED.**

DATED:      **October 20,** 2021

*David O. Carter*

JUDGE OF THE DISTRICT COURT

[PROPOSED] ORDER ALLOWING FAC AND REMANDING ACTION TO STATE COURT